UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                             :    Chapter 11 Case No.
                                                                   :
FRONTIER AIRLINES HOLDINGS, INC., et al.,    :    08-11298 (RDD)
                                                                   :
Debtors.                                                        :    (Jointly Administered)
                                                                   :
---                                                                     AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                                             ) ss.:
COUNTY OF NEW YORK      )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, Third Floor, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2008, I caused to be served the "Supplemental Memorandum In Support of Debtors' Motion for Authorization to Perform Under Letter Agreement With Sovereign Bank and First Data Merchant Services Corporation and Merchant Services Airline Bankcard Agreement With Sovereign Bank and First Data Merchant Services Corporation as Amended Thereby," dated July 9, 2008, [Docket No. 399], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A" and by email to those parties listed on the annexed Exhibit "B".

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT".

_____
Regina Amporfro

Sworn to before me this

10th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614890
Qualified in New York County
Commission Expires July 3, 20__

T:\Clients\FAH\Affidavits\Supp Sovereign Bank Memo_Aff_7-9-08.doc

# EXHIBIT A

| Party Name | Organization | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| The Honorable Robert D. Drain | United States Bankruptcy Court for the Southern District of New York | One Bowling Green | | New York | NY | 10004-1408 |
| Alicia M. Leonhard | Office of the U.S. Trustee for the Southern District of New York | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 |

**EXHIBIT B**

| Party Name | Organization | Address 1 | Address 2 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|
| Marshall S. Huebner, Esq. | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-6501 |
| Andrew Goldman & James H. Millar | Wilmer Cutler Pickering Hale & Dorr LLP | 399 Park Avenue | | New York | NY | 10022 | 212-230-8888 |
| Albert Togut, Frank Oswald, D. Person, D. Dawson, K. Ackerman | Togut, Segal, & Segal LLP | One Penn Plaza | | New York | NY | 10119 | 212-967-4258 |
| Frontier Team | Epiq Bankruptcy Solutions, LLC | 757 Third Avenue, 3rd Floor | | New York | NY | 10017 | 646-282-2501 |