**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| FRONTIER AIRLINES HOLDINGS, INC., et al., | : | 08-11298 (RDD) |
| Debtors. | : | (Jointly Administered) |
| | : | AFFIDAVIT OF MAILING |

STATE OF NEW YORK )
                           ) ss.:
COUNTY OF NEW YORK )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Bankruptcy Services LLC, 757 Third Avenue, Third Floor, New York, New York and I am not a party to the above-captioned action.

2. On July 25, 2008, I caused to be served the following:

    a) "Debtors Motion For Interim And Final Orders (I) Authorizing Debtors To Obtain Post-Petition Financing And (II) Scheduling A Final Hearing Pursuant To Rule 4001(c) Of The Federal Rules Of Bankruptcy Procedure," dated July 25, 2008, [Docket No. 413], (the "DIP Motion")

    b) "Debtors Motion For An Order (I) Approving Procedures For Consideration Of Investment And Financing Proposals, (II) Approving Termination Fee And Expense Reimbursement, (III) Scheduling Proposal And Objection Deadlines, An Auction And An Approval Hearing And (IV) Approving Form And Manner Of Notice Thereof," dated July 25, 2008, [Docket No. 414], (the "Bidding Procedures Motion"),

    c) "Investment Agreement, Dated As Of July [ ], 2008, Among Go Flip Go, L.L.C., Frontier Airlines Holdings, Inc., Frontier Airlines, Inc. And Lynx Aviation, Inc.," [Docket No. 415], (the "Investment Agreement")

    d) "Secured Super-Priority Debtor In Possession Credit Agreement Dated As Of ____, 2008, Among Frontier Airlines Holdings, Inc., A Debtor And Debtor In Possession, As A Borrower, Frontier Airlines, Inc., A Debtor And Debtor In Possession, As A Borrower, Lynx Aviation, Inc., A Debtor And Debtor In Possession, As A Borrower, The Lenders Signatory Hereto From Time To Time, As Lenders, And Perseus, L.L.C. As Administrative Agent," [Docket No. 416], (the "Credit Agreement")

by causing true and correct copies, to be delivered as follows:

| | |
|---|---|
| i) | DIP Motion, Bidding Procedures Motion, Investment Agreement, Credit Agreement, by first class mail to those parties listed on the annexed Exhibit "A", and |
| ii) | DIP Motion, Bidding Procedures Motion, Investment Agreement, Credit Agreement, by email to those parties listed on the annexed Exhibit "B", |
| iii) | DIP Motion, Bidding Procedures Motion, Investment Agreement, Credit Agreement, by facsimile to the party listed on the annexed Exhibit "C". |

3. All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT".

_____
Regina Amporfro

Sworn to before me this

28th day of July, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**EXHIBIT A**

Perseus, L.L.C.
2099 Pennsylvania Ave. N.W.
Suite 900
Washington, DC 20006
Attention: Mr. Brian Leitch
Telecopier No.: 202-439-0588
Telephone No.: 202-452-0101

Arnold & Porter LLP
555 Twelfth Street NW
Washington, D.C. 20004
Telecopier No.: 202-942-5999
Telephone No.: 202-942-5000

Office of United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Alicia Leonhard

The Honorable Robert D. Drain
United States Bankruptcy Court for Southern District of New York
One Bowling Green
New York, NY 10004-1408

**EXHIBIT B**

| Party Name | Organization | Address 1 | Address 2 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|
| Marshall S. Huebner, Esq. | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-6501 |
| Andrew Goldman & James H. Millar | Wilmer Cutler Pickering Hale & Dorr LLP | 399 Park Avenue | | New York | NY | 10022 | 212-230-8888 |
| Albert Togut, Frank Oswald, D. Person, D. Dawson, K. Ackerman | Togut, Segal, & Segal LLP | One Penn Plaza | | New York | NY | 10119 | 212-967-4258 |
| Frontier Team | Epiq Bankruptcy Solutions, LLC | 757 Third Avenue, 3rd Floor | | New York | NY | 10017 | 646-282-2501 |

**EXHIBIT C**

Arnold & Porter LLP
555 Twelfth Street NW
Washington, D.C. 20004
Telecopier No.: 202-942-5999
Telephone No.: 202-942-5000