**James A. Magin**
1216 Redbird St.
Longmont, CO 80501
812-878-1894 (Cell #)



29 June 2009

US Bankruptcy Court, Southern Dist. of NY
Honorable Robert D. Drain
One Bowling Green
New York, NY 10004

Re: US Bankruptcy Court Case # 08-11298

Subj: <u>Objection to Purchase Plan by Republic Airways Holdings, Inc. of Frontier Airlines Holdings, Inc.</u>

Dear Judge Drain,

I am a stockholder of 20,000 shares of Frontier Airlines Holdings, Inc. (symbol: FRNTQ).

I am writing to register my OBJECTION to the current Purchase Plan being presented to your court by Frontier from Republic Airways as Frontier attempts to emerge from Chap 11 sometime this Fall 2009.

Frontier Airlines has reported a respectable Consolidated Operating Profit for the past two (2) months that indicate a positive operations strategy in a tentative marketplace, while maintaining an above industry average passenger miles. Its confidence going forward is supported by a loyal customer base which I regard as a very encouraging sign, as stakeholder.

However, I was recently informed by Mr. Steve Snyder, Director of Frontier Corporate Communications, on 23 June 2009 of disturbing news that, if you accept the Republic plan, as proposed, my equity shares in Frontier Airlines Holdings will be WORTHLESS.

Below is an excerpt for Mr. Snyder's reply to my question, "**Does the Republic Holdings purchase plan convert current Frontier common shares to Republic equity?**"

*"James,
Below is the exact language from our news release yesterday:*

*"If the plan is implemented as proposed, the company's current equity would be extinguished and holders of that equity would not receive any recovery."*

*So in other words, if the bankruptcy court approves the plan, the shares would have no value going forward in either company. But that is only under this plan. There is still a public auction period where a higher and better proposal could come in.*

*I hope this helps.*

*Steve "*

Judge, this is disturbing to me that such an action can obliterate a large part of my family savings and with this letter, I am seeking your support and consideration for myself (and other stockholders).

Please instruct the parties that unless equitable consideration is given to all Frontier Airlines stockholders who have endured this Chap 11 proceeding, that you will summarily reject the "Plan".

Sincerely yours,

*James A. Magin*

James A. Magin