Beverly Sinclair
First Officer
Frontier Airlines
7001 Tower Road
Denver, Co 80249



August 5, 2009

Judge Drain
One Bowling Green
New York, NY 10004

Dear Judge Drain,

This letter is in regard to the Frontier Airlines bankruptcy case. I am a pilot for Frontier Airlines. I want to express some points pertaining to which of the two qualified bid plans will be selected to allow Frontier Airlines to emerge from bankruptcy.

In 2007 Frontier Airlines put a new management team in place to guide the airline through a difficult financial period. The new team inherited conditions including: unprecedented jet fuel prices, airline failures, and widespread banking and financial institution instability. These circumstances led to credit tightening measures that changed all previous cash flow projections. The new management team chose to file for bankruptcy protection and at the same time set forth to cut costs, eliminate inefficiencies and look at additional revenue possibilities. New fees were for extra services were implemented, labor contracts were renegotiated, unprofitable routes were dropped and non-productive jobs were eliminated.

These changes restructured Frontier into an airline that could be profitable in current economic circumstances. All of the work groups including union, non-union and management worked together to create a company with profitability, customer loyalty and satisfaction, and tremendous employee morale and efficiency.

The record shows eight (8) consecutive months profitability, holding a larger market share in direct head to head competition with other airlines serving the Denver market is indicative of the popularity and high customer satisfaction Frontier has garnered, and the second lowest ASM (available seat mile) cost industry wide (second only to Air Tran). All achieved under the guidance of the new 2007 management team.

As the facts and ideas are revealed the plan presented by Republic Holdings rewards these achievements and successes by providing a path for Frontier Airlines to continue to

operate in its current mode. In addition the plan will provide economy of scale benefits, as well as expanded access to existing Republic markets.

In contrast the Southwest plan is designed to eliminate a now viable competitor leaving the vast majority of Frontier employees without jobs, retaining only gates and routes that had been developed by Frontier. By most analysts projection fares will increase and leave customers with an airline that can't win market share and must use a bankruptcy purchase to eliminate Frontier as a competitor.

I urge the court to choose the Republic plan that rewards hard work, good management, and success, reject the Southwest plan that penalizes teamwork, new ideas, a great marketing theme, and a city's loyalty to a long standing business.

Under the Republic Holdings Plan jobs will be retained, competition will flourish, Colorado will retain a long time business asset, teamwork and entrepreneurial spirit will be rewarded. And the customer will have more choices.

Please evaluate this case with American entrepreneurial ideals in mind, as well as the jobs that are on the line.

Thank you for your attention.

Sincerely,

Beverly Sinclair
First Officer