DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-7501
Marshall S. Huebner
Damian S. Schaible
Darren S. Klein

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| **In re:** | |
| | **Chapter 11 Case No.** |
| **FRONTIER AIRLINES** | |
| **HOLDINGS, INC., et al.,** | **08-11298 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AGENDA LETTER FOR CONFIRMATION HEARING**
**TO BE HELD ON SEPTEMBER 10, 2009 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 610
New York, NY 10004-1408

Listed below are the filings to be considered as part of the Confirmation Hearing scheduled for September 10, 2009 beginning at 10:00 a.m.

---

[1] The Debtors are the following entities: Frontier Airlines Holdings, Inc.; Frontier Airlines, Inc.; and Lynx Aviation, Inc.

1. **Notice Relating to the Debtors' Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code. [ECF No. 1058]**

2. **Related Filings**

    (a) Exhibit A – Further revised version of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated September 8, 2009 (the "**Plan**")

    (b) Exhibit B – Changed pages to the Plan (blackline showing changes from last filed version)

    (c) Exhibit C – Proposed Order confirming the Plan

    (d) Exhibit D – Memorandum of Law in support of confirmation of the Plan

    (e) Exhibit E – Declaration of Edward M. Christie, III in support of confirmation of the Plan

    (f) Exhibit F – Declaration of Michael B. Cox in support of confirmation of the Plan

Dated: New York, New York
September 9, 2009

By: /s/ Damian S. Schaible
Marshall S. Huebner
Damian S. Schaible
Darren S. Klein

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-7501

*Counsel to the Debtors
and Debtors in Possession*